UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON B. LEE,<br><br>      PLAINTIFF,<br>   v.<br><br>WILLIAM P. BARR, ATTORNEY GENERAL<br>OF THE U.S. DEPARTMENT OF JUSTICE,<br><br>      DEFENDANT. | CIVIL ACTION NO.: 19-2284 (DLF) |

### MOTION FOR EXTENSION OF TIME TO RESPOND, AND MEMORANDUM IN SUPPORT THEREOF

Defendant U.S. Department of Justice ("Defendant"), by and through undersigned counsel, respectfully requests an extension of time of approximately one month, up to and including November 5, 2019, to respond to the Complaint filed by Plaintiff Jason B. Lee ("Plaintiff").

In support of this motion, Defendant states the following:

**BACKGROUND**

1. On July 31, 2019, Plaintiff filed a two-count District Court complaint alleging that the Federal Bureau of Investigation ("FBI") discriminated against him on the basis of national origin and race in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000(e) *et seq.*

2. Defendant's responsive pleading is due on October 5, 2019.

**BASIS FOR EXTENSION REQUEST**

3. Defendant's counsel has only recently been able to identify the FBI attorney who will serve as agency counsel and obtain copies of documents in the administrative record, which includes materials from proceeding before the Equal Employment Opportunity Commission's Office of Federal Operations. Consequently, counsel needs additional time

to review the case file, confer with FBI counsel, and prepare the appropriate response. This additional time is also needed due to undersigned counsel's competing litigation deadlines of the last few weeks and her briefing and deposition schedule in October.

**OTHER REQUIRED INFORMATION**

4. Pursuant to LCvR 7(m), undersigned counsel contacted Plaintiff's counsel on Wednesday, October 2, 2019, to obtain his position on this motion. Plaintiff's counsel has not yet responded to this inquiry.

5. This is Defendant's first request for an extension of this deadline.

6. Granting Defendant's motion will not affect any other deadlines in this action, as no other deadlines are set.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the Court grant this motion. A proposed Order consistent with this request is attached herewith.

Dated: October 4, 2019    Respectfully submitted,

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

*COUNSEL FOR DEFENDANT*