## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JASON B. LEE,

    *Plaintiff*,

   v.           No. 19-cv-2284 (DLF)

WILLIAM P. BARR,

     *Defendant*.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendant's Motion to Dismiss, Dkt. 6, is **GRANTED**.

Accordingly, the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.  It is further

**ORDERED** that the plaintiff's Motion to Amend his complaint, Dkt. 12, is **DENIED**.

The Clerk of Court is directed to close this case.


                 *Dabney L. Friedrich*
                 DABNEY L. FRIEDRICH
June 23, 2020          United States District Judge