UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JASON LEE

Plaintiff

vs.                                    Civil Action No. 1:19-CV-02284

WILLIAM P. BARR, U.S. ATTORNEY GENERAL U.S. DEPT. OF JUSTICE

Defendant

# NOTICE OF APPEAL

Notice is hereby given this 16TH day of JULY, 20 20, that

JASON LEE

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 23RD day of JUNE, 20 20

in favor of WILLIAM F. BARR, U.S. ATTORNEY GENERAL, U.S. DEPT. OF JUSTICE

against said JASON LEE.

MORRIS E. FISCHER /S/
Attorney or Pro Se Litigant
Morris E. Fischer, LLC
8720 Georgia Ave Suite 210
Silver Spring, MD 20910
301-328-7631
Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated: